# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FIFTH THIRD BANK, an Ohio banking corporation, successor by way of merger with Fifth Third Bank, a Michigan banking corporation,

    Plaintiff,

v.

GRICE ENGINEERING INC. f/k/a MLPJ ACQUISITION CO., INC., a Delaware Corporation, MARY K. LIDDELL, an individual, MICHAEL R. LIDDELL, an individual and PAUL L. JOHNSON, an individual,

    Defendants.

Case No. 2011 cv 00305

Judge Blanche M. Manning

Magistrate Judge Michael T. Mason

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Fifth Third Bank and Defendants, Grice Engineering, Inc., Mary K. Liddell and Michael R. Liddell having stipulated that judgment may be entered in favor of Plaintiff and against Defendants, Grice Engineering, Inc., Mary K. Liddell and Michael R. Liddell, jointly and severally, in the amount of $715,787.33; Plaintiff hereby respectfully moves the Court to enter the Judgment Order attached hereto as <u>Exhibit A</u> entering judgment in favor of the Plaintiff and against the Defendants, Grice Engineering, Inc., Mary K. Liddell and Michael R. Liddell, jointly and severally, in the amount of $715,787.33. This motion is based upon all pleadings and proceedings herein and the stipulation of Plaintiff Fifth Third Bank and Defendants, Grice Engineering, Inc., Mary K. Liddell and Michael R. Liddell pursuant to and contained in that certain Forbearance and Settlement Agreement between the parties dated as of March 25, 2011.

Dated this 4th day of April, 2011.

                                        Respectfully Submitted,

                              /s/ James L. Oakley
                                 Todd A. Rowden
                                 James L. Oakley
                                 Thompson Coburn LLP
                                 55 E. Monroe Street - 37th Floor
                                 Chicago, Illinois 60603
                                 (312) 346-7500

                             ***Attorneys for Plaintiff Fifth Third Bank***